IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ANTHONY T. DAN,

                    Plaintiff,

          vs.

STATE OF NEBRASKA, CHERL FINN, Medical Staff - individual capacity; MEDICAL STAFF, Medical Staff - individual capacity;   WALLS, Case Manager - individual capacity;   BOYER-SEARS, Lieutenant - individual capacity;  BROOKS, Officer - individual capacity;  BEEBE, Case Manager - individual capacity;   MCNAIR, Case Manager - individual capacity; BUSBOOM, Assistant Warden - individual capacity;  CRAIG  GABLE,  Warden - individual capacity; B. HOLLISTER, Dr., Mental Health Representative - individual capacity;   C.  HINZMAN,  Classification Representative - individual capacity;  R. BRITTENHAM, Intelligence Representative- individual capacity; DIANE SABAKSTA- RINE, Chief of Operations - individual capacity;  ROBERT  MADSEN,  Deputy Director - individual capacity; and ROB JEFFREYS, Director- individual capacity;

                    Defendants.

8:23CV532


ORDER

          This matter is before the Court on Plaintiff's Motion for Extension of Time, Filing No. 14, filed on February 2, 2024, in which Plaintiff requests a 30-day extension to pay his initial partial filing fee because the Nebraska Department of Corrections Central Office needs to finish processing Plaintiff's check.  The Court received Plaintiff's initial partial filing fee payment of $3.36 on January 31, 2024.  Accordingly,

IT IS ORDERED that:

1.      Plaintiff's Motion for Extension of Time, Filing No. 14, is denied as moot.

2.      Plaintiff is advised that the next step in Plaintiff's case will be for the Court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2).  The Court will conduct this initial review in its normal course of business.


Dated this 5th day of February, 2024.


                                        BY THE COURT:


                                        Joseph F. Bataillon
                                        Senior United States District Judge