IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ANTHONY T. DAN,

Plaintiff,

vs.

STATE OF NEBRASKA, et al.,

Defendants.

**8:23CV532**

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's motion to waive payment of the Court's filing fees. Filing No. 50. Plaintiff states he is indigent and cannot afford to pay the $955.00 he owes in this case for the district court and appellate court filing fees.

The Prison Litigation Reform Act ("PLRA") requires an indigent inmate who files a lawsuit or an appeal in federal court to pay the filing fee, first by making an initial partial payment and then by sending the remainder of the fee to the court in installments. The method for collecting the filing fee from a prisoner is specifically provided for in 28 U.S.C. § 1915(b). Section 1915(b) is written in mandatory terms ("the prisoner shall be required to pay"), leaving no discretion to the district court to waive an in forma pauperis prisoner's filing fee. It is also well-established in this circuit that "the PLRA makes prisoners responsible for their filing fees the moment the prisoner brings a civil action or files an appeal." *In re Tyler*, 110 F.3d 528, 529-30 (8th Cir. 1997). Thus, as long as Plaintiff is a prisoner, he remains obligated to pay the $350.00 and $605.00 filing fees associated with this suit and his appeal, and the Court cannot waive the fees.

IT IS THEREFORE ORDERED that Plaintiff's motion to waive fees, Filing No. 50, is denied.

Dated this 4th day of August, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge